

# THE CARRIER'S PERSONAL CLOUD SOLUTION

*SYNCHRONOSS PERSONAL CLOUD™ IS AN INDUSTRY-LEADING WHITE-LABELED PERSONAL CLOUD SOLUTION, ENABLING MOBILE CARRIERS TO PROVIDE THEIR SUBSCRIBERS WITH A BRANDED BACKUP, SYNC, RESTORE, AND SHARE SOLUTION THAT BRIDGES SMARTPHONES, TABLETS, COMPUTERS AND OTHER CONNECTED DEVICES.*

## CONTACTS, MEDIA AND MORE
The Synchronoss Personal Cloud allows carrier subscribers to backup, synchronize and share:



CONTACTS • PHOTOS • VIDEOS • MUSIC • MESSAGES • CALL LOG • DOCUMENTS

With the Synchronoss Personal Cloud, subscribers have the ability to access, sync and manage their content from any device running on most major mobile operating systems. The agnostic capabilities of the Synchronoss Personal Cloud enable carriers to provide a single branded service to support their device portfolio.

## THE SYNCHRONOSS PERSONAL CLOUD™
The Synchronoss Personal Cloud is the "Carrier's Cloud." Consumers have more online and mobile storage options than ever before and valuable subscriber data that is traditionally in the hands of mobile operators is going elsewhere. With Synchronoss, operators can allow their subscribers to buy and own a full range of devices, keeping them all in sync and accessible from any location. Additionally, the Synchronoss Personal Cloud allows subscribers to backup, sync, share and restore their content simply and securely. With Synchronoss, carriers can give subscribers a branded solution for their content storage needs – safeguarding their data with the operator, improving the user experience and reducing customer churn.

## CUSTOMER RETENTION AND SPEND
Synchronoss' Personal Cloud solution also promotes customer spend. The concern of losing valuable mobile data often inhibits customers from taking advantage of upgrades and buying new devices. Synchronoss Personal Cloud addresses this by managing content safely in the cloud, making device upgrades simple and worry free. Synchronoss Personal Cloud also enables device to device content transfer which can be done as part of an in-store upgrade experience or at home.

## DATA CONSUMPTION
Carriers can implement the Synchronoss Personal Cloud without impacting network bandwidth and data consumption. The Synchronoss Personal Cloud transfers large data responsibly across mobile networks using links and thumbnails when feasible, reducing network traffic and lowering any impact on end users' data plans - benefitting both carriers and subscribers. Additionally carriers can elect to move larger data sets over WiFi, assign certain data classes to different networks, optimize backup windows to correspond with network idle time.

# Synchronoss Personal Cloud™

## SYNCHRONOSS PERSONAL CLOUD KEY FEATURES

- Seamless two-way content sync between multiple devices and the web.
- Backup, restore and sync contacts, files and media from the device to the cloud.
- Transfer content from an old device to a new device.
- Complete, easily navigable view of all assets in the cloud regardless of originating device.
- Advanced operations on cloud content, including search, file & folder management, photo albums, music playlists and sharing.
- Transfers large data responsibly across mobile networks, reducing network traffic and lowering the impact on end users' data plans.
- Carriers can elect to move larger data sets over WiFi, assign certain data classes to different networks, optimize backup windows relative to network idle time.
- Comprehensive suite of APIs which enable carrier integration, 3rd party developer integration and rich end-user applications.
- Brandable & localizable applications across Android, iOS, Windows, Mac OS and Web.
- Data encrypted during transfer and at rest.
- Media transcoding for optimized on-device playback.
- Share content privately with friends and family.
- Watch cloud content on Smart TVs and via TV connected devices.

## CARRIER BENEFITS

- Branded cloud storage solution supporting multiple devices and platforms.
- Retains valuable subscriber content and data.
- Designed for efficient data usage.
- Competes with outside cloud services.
- Increase customers satisfaction and reduce churn.
- Monetizes customer data through storage charges and advertising.
- Monetization through premium content partnerships.

## CONSUMER BENEFITS

- Easy-to-use mobile back-up and sync solution.
- Automatic backup ensures effortless content redundancy.
- Maintain a single media library and user profile across multiple devices.
- Familiar, easily-navigable user experience across all devices.
- Secure and protect data in the event a device is lost, stolen or damaged.



**ANY PHONE. ANY TABLET. ANY COMPUTER.**
Android, iOS, Windows, Blackberry, MAC and more.



**SYNC, SECURE, SHARE VIA THE CLOUD.**
Sync contacts, videos, pics and more. Secure them in the cloud and share with friends.



**SYNC OVER THE AIR AUTOMATICALLY.**
Wirelessly, without cables, nothing to plug in.

# PARTNER WITH A WORLD LEADER IN CLOUD SERVICES

Synchronoss is a world leader in cloud solutions and software-based activation for communication service providers across the globe. Our proven and scalable technology solutions make it easy to activate, sync, manage and optimize connected devices and services. Whether those devices are in the traditional set of handheld and desktop computers, or the emerging field of computerized vehicles, apparel, appliances, and infrastructure, Synchronoss is the catalyst that allows individuals to leverage technology through connectivity.

Our solutions help customers acquire, retain and service subscribers quickly, reliably and cost-effectively by simplifying the processes associated with managing the customer experience for activating and synchronizing connected devices and services.

With 100+ seminal patents, Synchronoss has one of the largest, most comprehensive technology platforms in production, widely used by the largest service providers and their 3 billion-plus mobile subscribers located around the world. Synchronoss' industry-leading customers include tier 1 service providers such as AT&T Inc., Verizon Wireless and Vodafone, tier 1 cable operators/MSOs such as Cablevision, Charter Communications, Comcast, and Time Warner Cable and large OEMs such as Apple, Microsoft, and Samsung. These customers utilize our platforms, technology and services to service both consumer and business customers, including over 300 of the Fortune 500 companies.

## OTHER SERVICES:



*Synchronoss WorkSpace*™     Synchronoss Workspace is an enterprise-grade mobile cloud solution that enables business customers to securely, access, edit, sync, collaborate, and share business-critical documents.



*Synchronoss Integrated Life*™     Cloud solution that enables a seamless connected experience regardless of channel, device, or operating platform.



*Activation*     Carrier-grade, software-as-a-service platform that provides a flexible and scalable solution to simplify activations, order management, and provisioning of devices and services.



*Broadband*     Comprehensive tools to improve network planning, modeling, design, management and serviceability.

About Synchronoss: Synchronoss, (NASDAQ:  SNCR) is the mobile innovation company that provides cloud solutions and software-based activation for connected devices across the globe.

Synchronoss Technologies     200 Crossing Blvd. Bridgewater, NJ  08807     +1-866-620-3940

### www.synchronoss.com

© Synchronoss, Inc. All Rights Reserved 2014